**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06-10082-RGS |
| | ) | |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER |
| v. | ) | |
| | ) | |
| Kendra D'Andrea | ) | |
| and | ) | |
| Willie Jordan, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

5/17/06 Order entered
Judith Gail Dein, USMJ

The defendants in the above referenced case have requested copies of contraband, child pornography, for their use in preparation of this case. The parties submit the attached proposed Order for the Court's consideration.

DATED: May   , 2006

                                                              Respectfully submitted,

| | |
|---|---|
| Kendra D'Andrea | MICHAEL J. SULLIVAN |
| Willie Jordan | United States Attorney |
| | |
| /s/ Page Kelly | /s/ Dana Gershengorn |
| PAGE KELLY | DANA GERSHENGORN |
| Attorney for Kendra D'Andrea | Assistant U.S. Attorney |
| /s/Larry Tipton | |
| LARRY TIPTON | |
| Attorney for Willie Jordan | |

O R D E R

Good cause appearing, it is hereby ORDERED that:

1.   Within 10 days of the date of this order, the defendants shall cause to be provided to the United States Secret Service or AUSA Gershengorn, CDs sufficient to copy the volume of evidence seized from the defendants ("CDs"). The CDs shall be procured by the defendants at no expense to the Government.

2.   Within 15 days of the Secret Service or AUSA Gershengorn having received the CDs from the defendants, a representative of the Government shall return and deliver the CDs, and relevant images in this case, in person to Ms. Page Kelley and Mr. Larry Tipton, the attorneys for the defendants, at their offices in Boston, Massachusetts. The CDs and images shall contain copies of the evidence in this case. An evidence custody form shall be used and maintained in accordance with standard Secret Service operating procedures to document the chain of custody of the evidence.

3.   At all times the CDs and images shall be kept by Ms. Kelley and Mr. Tipton in a locked file or cabinet unless the CDs and images are in the presence of and being used by them.

4.   When the locked cabinet is opened or closed, a Security Sheet shall be used to document the action. The Security Sheet associated with each locked file cabinet shall be provided to the Court within 30 days of the entry of

judgment in this case.

5. The CDs and images shall be kept on premises of the office of Ms. Kelley and Mr. Tipton and shall not be removed from that premises at any time.

6. No person, other than Ms. Kelley and Mr. Tipton or another employee of their offices who has read and signed this order, shall access the CDs or images or view any of the data or information on the CDs or images. Any other employee of Ms. Kelley's or Mr. Tipton's offices, or the defendants, who shall have access to the CDs or images, shall only have such access in the presence of Ms. Kelley or Mr. Tipton.

7. Any computer used for the accessing of said CDs shall not be connected to the Internet, or to any network, during the time in which said CDs are inserted into or connected to such computer.

8. No data or files on said CDs shall be copied onto any other media of any kind.

9. Any computer used for the accessing of said CDs may be connected to a printer only under the following circumstances:

   a. The printer utilized shall be a local printer;

   b. The printer may be connected only when and as necessary to print information and data;

   c. Only non-image (i.e., text) information and data may be printed without leave of the court.

10. Within 30 days of the entry of the judgment in this

case, a representative of the Government shall personally receive said CDs and images from Ms. Kelley and Mr. Tipton, and destroy them in accordance with the standards set by the United States Department of Defense.

11.   Within 10 days of the date of this Order, an affidavit shall be submitted by Ms. Kelley and Mr. Tipton, certifying that they have received, read, and understand this Order.

12.   Nothing in this Order shall be read to prohibit Ms. Kelley or Mr. Tipton from requesting additional copies of the evidence, if necessary, for expert witness review. If such a request is to be made, the parties will first consult, and if possible submit a joint proposed protective Order for that purpose.

DATED: 5/17/06

_____
Judith Gail Dein
UNITED STATES MAGISTRATE JUDGE